1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

10 CRYSTAL BROWN, on Behalf of Herself
and All Others Similarly Situated,                Case No. 3:17:cv-07325-JST

11                                                 **[PROPOSED] ORDER GRANTING**
        Plaintiff,                                 **STIPULATION TO CONTINUE HEARING**
12                                                 **DATE ON MOTION TO DISMISS AND**
                                                   **SETTING BRIEFING SCHEDULE**
    v.
13
    DANONE NORTH AMERICA, LLC and
14  THE WHITEWAVE FOODS COMPANY,

15      Defendants.                                District Judge Jon S. Tigar
                                                   Courtroom 9, 19th_ Floor
16
                                                   Complaint Filed:      December 27, 2017
17                                                 Trial Date:           Not Set

18

19

20

21

22

23

24

25

26

27

28

1         Having reviewed the parties' Stipulation and [Proposed] Order to Continue Hearing

2   Date on Defendant's Motion to Dismiss and Set a Briefing Schedule and the Declaration of

3   Leslie Hurst in support thereof, and good cause appearing, IT IS HEREBY ORDERED

4   THAT:

5         1.     Plaintiff will file her opposition to the Motion to Dismiss on or before **April 2,**

6   **2018**;

7         2.     Defendants' reply in support of the Motion to Dismiss will be filed on or before

8   **April 23, 2018**; and

9         3.     Hearing on the Motion to Dismiss is continued from April 19, 2018, to **May 10,**

10  **2018, at 2:00 p.m.**

11        **IT IS SO ORDERED.**

12

13  Dated:  March 6, 2018

14                             HON. JON S. TIGAR
    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
[PROPOSED] ORDER

Case No. 3:17-cv-07325-JST

00132761