UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Crystal Brown,<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>Danone North America, LLC, et al.,<br><br>　　　　Defendant(s) | CASE No C 17:cv-07325-JST<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☒ **Private ADR** (*specify process and provider*)
  The parties will agree on a process and a provider within 14 days after the Court issues an order on class certification.

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

- ☒ other requested deadline: 14 days after the Court issues an order on class certification

Date: April 27, 2018　　　　s/ Leslie E. Hurst
　　　　　　　　　　　　　　Attorney for Plaintiff

Date: April 27, 2018　　　　s/ Angela C. Agrusa
　　　　　　　　　　　　　　Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: April 30, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*